IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**  PLAINTIFF
**ADC #142769**

**VS.**  **4:22-CV-00132-BRW-JTK**

**JUDE OGBOZOR**  DEFENDANT

## ORDER

Pending is Plaintiff James Wright's ("Plaintiff") Motion to Withdraw Complaint. (Doc. No. 3). Plaintiff's Motion (Doc. No. 3) is GRANTED, all other Motions DENIED as moot, and this case is DISMISSED without prejudice. Fed. R. Civ. P. 41(a).

IT IS SO ORDERED this 23rd day of February, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE