IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**                                                                                           **PLAINTIFF**
**ADC #142769**

VS.                                          4:22-CV-00132-BRW-JTK

**JUDE OGBOZOR**                                                                                     **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of February, 2022.


                Billy Roy Wilson_____
                UNITED STATES DISTRICT JUDGE